IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H BRACEY, | No. C 04-03374 WHA |
| Petitioner, | |
| v. | **ORDER RE DECLARATION** |
| CLAUDE FINN, Warden, | |
| Respondent. | |

The Court notes that the declaration of Charles H. Bracey, found in Exhibit G of Exhibit 13 (submitted by respondent) is incomplete. If any party wishes to submit the full declaration including signature signed under penalty of perjury, they must submit the entire document by **NOON ON MONDAY, JULY 25, 2004**.

**IT IS SO ORDERED.**

Dated: July 20, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE