IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H BRACEY,<br><br>    Petitioner,<br><br>  v.<br><br>CLAUDE FINN, Warden,<br><br>    Respondent.<br>_____ / | No. C 04-03374 WHA<br><br>**AMENDED ORDER**<br>**REGARDING DECLARATION** |

    The Court notes that the declaration of Charles H. Bracey, found in Exhibit G of Exhibit 15 (submitted by respondent) is incomplete. If any party wishes to submit the full declaration including signature signed under penalty of perjury, they must submit the entire document by **NOON ON MONDAY, JULY 25, 2005**.

    **IT IS SO ORDERED.**

Dated: July 21, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE